IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SERGIO WINSTON ARCHER
HENDERSON,

      Appellant,

v.

                                  Case No.  5D21-2436
                                  LT Case No. 2009-CF-3535-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 28, 2022

3.850 Appeal from the Circuit Court
for Seminole County,
Melanie Chase, Judge.

Sergio Winston Archer Henderson, Raiford,
pro se.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.


WALLIS, EISNAUGLE and TRAVER, JJ., concur.